# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THOMAS D. HAZLETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-1068-CV-W-DW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On September 7, 2006, the Court ordered Plaintiff to SHOW CAUSE, in writing within fifteen (15) days, why this action should not be dismissed for failure to comply with Rule 16 and otherwise follow the orders of this Court. Fifteen days have passed and Plaintiff has filed no response. Accordingly, the Court DISMISSES this action for violation of Rule 16, failure to follow the orders of the Court, and failure to prosecute. This case is now closed.

IT IS SO ORDERED.

Date: October 4, 2006  /s/ DEAN WHIPPLE
Dean Whipple
United States District Court